IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00132-MR

| | |
|---|---|
| JONATHAN HENSLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MIKE SLAGLE, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on partial remand from the Fourth Circuit Court of Appeals.

The pro se incarcerated Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants including two prison nurses and Mike Slagle, a prison warden. The Court dismissed the Amended Complaint on initial review pursuant to 28 U.S.C. § 1915(e)(2)(B). [Doc. 18]. On appeal, the Fourth Circuit affirmed the dismissal of the nurses; however, it found that the Plaintiff's claims against the warden were rendered moot by Plaintiff's transfer. Henslee v. Slagle, 2024 WL 864324 (4th Cir. Feb. 29, 2024). Accordingly, the Fourth Circuit remanded for the dismissal of the claims against the warden as moot. Id. The Fourth Circuit's mandate has now been issued. [See Doc. 24].

**IT IS, THEREFORE, ORDERED** that the claims asserted against Defendant Mike Slagle are **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**

Signed: April 17, 2024

Martin Reidinger
Chief United States District Judge